```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA        :

        v.                      :    CRIMINAL NO. 3:05CR

CARLOS RIVERA                   :    VIOLATIONS:
a.k.a. "chavin1970,"                 18 U.S.C. § 2422(b)
a.k.a. "Latin Rican 70"              (Coercion and Entitlement)
                                     18 U.S.C. § 2252A
                                     (Possession of
                                     Child Pornography)
                                     18 U.S.C. § 2253
                                     (Forfeiture)
```

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
### (Coercion and Enticement)

1. Between on or about August of 2004 and November of 2004, in the District of Connecticut, and elsewhere, **CARLOS RIVERA**, a.k.a "chavin1970," and "Latin Rican 70," the defendant herein, used a facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, an individual known to the Defendant to be a 15 year old boy using the screen name "Imxxxxxxxxxxxx," to engage in sexual activity for which any person could be charged with an offense, that is, a violation of Connecticut General Statutes Section 53a-71(a), which makes it a crime to engage in sexual intercourse with a child under the age of 16.

2.   It is further alleged that a computer and an Internet-access device was used to persuade, induce, entice, and coerce the victim to engage in prohibited sexual conduct.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### (Possession of Child Pornography)

On or about December 6, 2004, within the District of Connecticut, and elsewhere, **CARLOS RIVERA**, a.k.a "chavin1970," and "Latin Rican 70," the defendant herein, did knowingly possess material that contained images of child pornography, that is, digital images, computer images, and computer-generated images that are, and are indistinguishable from, those of a minor engaging in sexually explicit conduct that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 3
## FORFEITURE ALLEGATION
### (Child Pornography)

The allegations in Counts One and Two of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of an offense set forth above, **CARLOS RIVERA**, a.k.a "chavin1970," and "Latin Rican 70," the defendant herein, shall forfeit to the United States any and all materials and property used and intended to be used in the receipt, possession and transportation of visual depictions of minors engaging in sexually explicit conduct, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.  Such property includes, but is not limited to, the following specific items found in the possession of **CARLOS RIVERA** on or about December 6, 2004:

    A.   Toshiba LapTop computer (S/N 12053839P)

    B.   Lexmark Printer Scanner (S/N 13055685059).

    C.   Webcam and Tripod

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT U.S. ATTORNEY

_____
MARIA A. KAHN
ASSISTANT UNITED STATES ATTORNEY