AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____

UNITED STATES OF AMERICA
V.
Carlos Rivera

**COMMITMENT TO ANOTHER DISTRICT**

FILED NOV -2 2005
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

2005 NOV 10 P 2:21
U.S. DISTRICT COURT
NEW HAVEN, CT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 05-811MJ | 3:5cr261 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**: District of Connecticut

**DESCRIPTION OF CHARGES:** Child Pornography

A TRUE COPY, TESTE:
_____, U.S. DISTRICT COURT
DEPUTY CLERK

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☑ None

**Interpreter Required?**   ☐ No   ☐ Yes   Language: _____

**DISTRICT OF** _____
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Nov 2, 2005
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (1/86) Waiver of Rule 40 Hearings

# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED NOV -2 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Carlos Rivera

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: 05-811MJ

I, Carlos Rivera, understand that in the _____ District of Connecticut, charges are pending alleging violation of Child Pornography and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(  ) preliminary examination

(  ) identity hearing and have been informed I have no right to a preliminary examination

(  ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

_____
Defendant

Nov 2, 2005

_____
Date                    Defense Counsel

(Rev. 3/7/1) Warrant Lodge as Detainer

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Carlos Rivera a/k/a chavin1970 & Latin Rican 70

**WARRANT LODGED AS DETAINER**

CASE NUMBER: 3:05cr261(MRK)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to detain  Carlos Rivera a/k/a chavin1970 & Latin Rican 70

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Coercion & Enticement, Possession of Child Pornography and Forfeiture

A TRUE COPY ATTEST
KEVIN F. ROWE, CLERK
BY _Melissa Ruocco_
DEPUTY CLERK

in violation of Title 18 United States Code, Section(s) 2422, 2252A & 2253

| Kevin F. Rowe | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by _[signature]_ Deputy Clerk | October 12, 2005 @ New Haven |
| Signature of Issuing Officer | Date and Location |

Note: Prior to your court appearance, please contact the Probation Office in New Haven at (203)773-2100.

Bail Fixed at $ _____                The Honorable Ellen Bree Burns
                                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11-1-05 | J. WHITEHEAD USMS/VA | _J. Whitehead_ |