UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:05CR261(MRK) |
| | : | |
| v. | : | |
| | : | |
| CARLOS RIVERA | : | |
| a/k/a "chavin1970", | : | |
| a/k/a "Latin Rican 70" | : | |
| | : | November 30, 2005 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it involves:

__X__   a crime of violence as defined in Title 18, United States Code, Section 3156;

_____   an offense for which the maximum sentence is life imprisonment or death;

_____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____   any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

  __X__    a serious risk that the defendant will flee; and/or

  __X__    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

  __X__    the defendant's appearance as required; and/or

  __X__    the safety of any other person and the community.

III.    <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

  _____    the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

  _____    an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

  _____    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

  X   there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code, or an offense involving a minor victim under section 1201, 1591, 2241, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18 of the United States Code.

IV.    <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

  X   at the defendant's first appearance;

____ after a continuance of ___ days.

                               Respectfully submitted,

                               KEVIN J. O'CONNOR
                               UNITED STATES ATTORNEY

                               /s/
                               MARIA A. KAHN
                               ASSISTANT UNITED STATES ATTORNEY
                               UNITED STATES ATTORNEY'S OFFICE
                               157 CHURCH STREET
                               NEW HAVEN, CT 06510
                               FEDERAL BAR NO. CT06573
                               TELEPHONE NO. (203) 821-3700
                               FACSIMILE NO.  (203) 773-5373
                               MARIA.KAHN3@USDOJ.GOV

## CERTIFICATION

  I hereby certify that on November 30, 2005, a copy of the foregoing Government's Motion for Detention was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /s/
              MARIA A. KAHN
              ASSISTANT UNITED STATES ATTORNEY
              UNITED STATES ATTORNEY'S OFFICE
              157 CHURCH STREET
              NEW HAVEN, CT 06510
              FEDERAL BAR NO. CT06573
              TELEPHONE NO. (203) 821-3700
              FACSIMILE NO.  (203) 773-5373
              MARIA.KAHN3@USDOJ.GOV