UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GRAND JURY N-06-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:05CR261(MRK) |
| v. | : | |
| | : | VIOLATIONS: |
| CARLOS F. RIVERA, | : | 18 U.S.C. § 2422(b) |
| a/k/a "chavin1970," | : | (Coercion and Enticement) |
| a/k/a "Latin Rican 70" | : | 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct) |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Production of Child Pornography) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | (Possession of Child Pornography) |
| | : | 18 U.S.C. § 2253 |
| | : | (Forfeiture) |

**SECOND SUPERSEDING INDICTMENT**

The Grand Jury charges as follows:

**COUNT ONE – Coercion and Enticement**
**(18 U.S.C. § 2422(b))**

1. From about August 2004 to about November 2004, in the District of Connecticut and elsewhere, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, used a facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, an individual known to the defendant to be a 15 year-old boy using the screen name "Imxxxxxxxxxxxx," to engage in sexual activity for which any person could be charged with a criminal offense, that is, a violation of Connecticut General Statutes Section 53a-71(a)(1), which makes it a crime to engage in sexual intercourse with a child thirteen years of age or older but under sixteen years of age.

2. It is further alleged that a computer and an Internet-access device was used to persuade, induce, entice, and coerce the victim to engage in prohibited sexual conduct.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO – Coercion and Enticement
### (18 U.S.C. § 2422(b))

1. On or about September 4, 2004, in the District of Connecticut and elsewhere, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, used a facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, an individual known to the defendant to be a 13 year-old boy using the screen name "Crxxxxxxxxxxxxxxxxxx," to engage in sexual activity for which any person could be charged with a criminal offense, that is, a violation of Section 18.2-63 of the Code of Virginia, which makes it a crime for any person to carnally know, as defined in Section 18.2-63 of the Code of Virginia, a child thirteen years of age or older but under fifteen years of age.

2. It is further alleged that a computer and an Internet-access device was used to persuade, induce, entice, and coerce the victim to engage in prohibited sexual conduct.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE – Travel with Intent to Engage in Illicit Sexual Conduct
### (18 U.S.C. § 2423(b))

1. On or about September 4, 2004, in the District of Connecticut and elsewhere, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as

defined in Title 18, United States Code, Section 2423(f), with a person under eighteen years of age, that is, B.R., a 13 year-old boy.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR – Production of Child Pornography
### (18 U.S.C. § 2251(a))

1.  In or about November 2004, the exact date being unknown to the Grand Jury, in the District of Connecticut and elsewhere, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, D.M., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction (i) the defendant knew and had reason to know would be transported in interstate commerce; (ii) was produced using materials that had been mailed, shipped, and transported in interstate commerce; and (iii) was actually transported in interstate commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE – Possession of Child Pornography
### (18 U.S.C. § 2252A(a)(5)(B))

1.  On or about December 6, 2004, in the District of Connecticut and elsewhere, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, did knowingly possess material that contained images of child pornography, that is, digital images, computer images, and computer-generated images that are, and are indistinguishable from, those of a minor engaging in sexually explicit conduct that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been

mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations in Counts One through Five of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of Counts One, Two, Three, Four or Five, above, **CARLOS F. RIVERA**, a/k/a "chavin1970," a/k/a "Latin Rican 70," the defendant herein, shall forfeit to the United States any and all material and property, real or personal, used and intended to be used in the production, receipt, possession and transportation of visual depictions of minors engaging in sexually explicit conduct, and any and all real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment. Such property includes, but is not limited to, the following specific items found in the possession of **CARLOS F. RIVERA** on or about December 6, 2004:

    A. Toshiba LapTop computer (S/N 12053839P)

    B. Lexmark Printer Scanner (S/N 13055685059).

    C. Webcam and Tripod

All in accordance with Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

                    A TRUE BILL

                    _____
                    FOREPERSON

/s/
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT U.S. ATTORNEY

/s/
ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY